**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David Michael ARVELO, Defendant–
Appellant.**

**No. 14–10315
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 7, 2014.

Jason Sterling Beaton, Stephen M. Kunz, Assistant U.S. Attorney, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Darren James Johnson, Federal Public Defender's Office, Gainesville, FL, Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for David Michael Arvelo, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Arvelo's conviction and sentence are **AFFIRMED**.